STATE v. LOCKLEAR

No. 41 PC.

Case below: 39 N.C. App. 671.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

STATE v. MURPHY

No. 1 PC.

Case below: 38 N.C. App. 118.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 March 1979.

STATE v. PRINCE

No. 29 PC.

Case below: 39 N.C. App. 685.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 March 1979.

STATE v. STINSON

No. 22 PC.

Case below: 39 N.C. App. 313.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

STATE v. VERT

No. 197 PC.

Case below: 39 N.C. App. 26.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.